AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:19-cv-00086-CDL |
| HAMBY, BROOKS & MCKENZIE, INC. and THOMAS W. MCKENZIE, Individually and d/b/a CUSTOM RADIO OF COLUMBUS, | ) ) ) ) | |
| *Defendant* | ) | |

RECEIVED

2019 NOV 20 P 3: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on   September 23, 2019  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   November 13, 2019



CLERK OF COURT

s/ Elizabeth S. Long, Deputy Clerk
*Signature of Clerk or Deputy Clerk*