IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

Branch Banking & Trust Company
    Plaintiff,

v.                       CIVIL MISCELLANEOUS No. 2:19-mc-03904-ECM

Hamby, Brooks & McKenzie, Inc., Thomas W. McKenzie,
  Individually and dba Custom Radio of Columbus
      Defendant(s)

## CERTIFICATE OF JUDGMENT

       I, Debra P. Hackett, Clerk of the United States District Court in and for the Middle

District of Alabama, do hereby certify that in the United States District Court in and for

the Middle District of Alabama, on the 20th day of November, 2019, there was registered

under the provisions 28 USC 2467, United States Code, a judgment entered in the

United States District Court in and for the Middle District of Georgia on the 23rd day of

September, 2019, in the case styled Branch Banking & Trust Company vs. Hamby,

Brooks & McKenzie, Inc., et al., Civil Action No. 4:19-cv-00086-CDL, wherein Judgment

was entered in favor of Branch Banking & Trust Company, plaintiff, in the amount of Three

Hundred Fifty Four Thousand, Three Hundred Eighty Dollars and 72/100 ($354,380.72).

The amount shall accrue interest from the date of entry of judgment at the prevailing legal

rate until paid in full. Plaintiff shall also recover costs of this action.

       That Patrick Ladd Wheeler Sefton, of the firm Sasser, Sefton, & Brown, P.O. Box

4539, Montgomery, AL 36103-4539, is counsel of record for Branch Banking & Trust

Company, plaintiff.

WITNESS my hand and seal of office this the 22nd day of November, 2019.

DEBRA P. HACKETT, CLERK
United States District Court
for the Middle District of Alabama

By:
Deputy Clerk